✓#71400 #129015
FILED
2010 OCT 27 PM 12:41
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: * CASE # 08-36244 W
Judge Mary Ann Whipple

CHAPTER 13
*
Barlage, Nicholas J. & Christine Ann
Debtor *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

No response from the creditor the check is now stale dated and the case is closed.

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 681202 | Fleet Maintenance Center Inc<br>791 East Main St.<br>P O Box 281<br>Versailles, OH 45380 | 22.37 | 6/30/10 |

Your trustee's check #714000 in the amount of $22.37 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 10/20/10

John P. Gustafson
Trustee in Bankruptcy